UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARL GUY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 20-cv-08561-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING WITHOUT LEAVE TO AMEND**<br><br>Re: Dkt. No. 18 |

The Court has reviewed Judge Westmore's Report and Recommendation to dismiss the complaint and deny the motion for a preliminary injunction as moot. The Court has concluded, after reviewing the Report, the plaintiff's objection to the Report, and the complaint, that the plaintiff should not have leave to amend. The Court cannot conceive of a non-frivolous version of this complaint. The Report is otherwise adopted in full. The motions for a preliminary injunction and for appointment of counsel are denied, and the case is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: May 18, 2021

_____

VINCE CHHABRIA
United States District Judge